**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**

**DOMINIQUE J. BROCK**                                                                 **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 5:16-CV-P144-TBR**

**TROY BELT** *et al.*                                                                  **DEFENDANTS**

**ORDER**

On September 14, 2016, Plaintiff Dominique J. Brock, an inmate at the Kentucky State Penitentiary (KSP), filed the instant *pro se* action under 42 U.S.C. § 1983.  The Clerk's Office has advised the Court that, in processing the complaint and the attached motions, the Clerk's Office found hair scattered throughout the pages.  This marks at least the third occasion that Plaintiff has included hair in his filings with this Court.

In a separate action brought by Plaintiff in this Court, *Brock v. Murphey*, No. 5:15-CV-P239-TBR, which was filed under seal, the Court entered an Order (DN 7) advising Plaintiff that it had concluded that Plaintiff had an improper motive in placing hair in his filings, specifically to harass and/or intimidate the Clerk's Office staff.  In that Order, the Court informed Plaintiff that he may not include any materials in his Court filings other than paper.  The Order also directed the Clerk of Court to return any future filings unfiled to Plaintiff if they included any materials other than paper.

The Clerk of Court is **DIRECTED to docket the above-referenced Order in the docket of this action**.  In light of this Order, the Clerk of Court is further **DIRECTED to return to Plaintiff all documents he filed in this action, to STRIKE them from the docket, and to ADMINISTRATIVELY CLOSE this action.**

Finally, the Court notes that Plaintiff filed a motion for a preliminary injunction seeking an "emergency protective order" (DN 7) with his complaint.  The Court has reviewed this motion

and finds that the allegations contained therein are vague and conclusory and that the alleged

threats to Plaintiff's safety are only speculative.  Moreover, the relief Plaintiff seeks - an

emergency protective order against KSP personnel - is relief which the Court cannot grant.

Date:

cc: Plaintiff, *pro se*
    Warden of KSP
4413.011

2